IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN THE ESTATE OF **DOROTHY JEAN VANDERBURG** § § **Plaintiff** § § § CIVIL ACTION NO. 7:07-CV-048-R V. § § **HAROLD GENE VANDERBURG** § § **Defendant** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Robert K. Roach, made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the conclusion and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 1st day of May, 2007.

*Jerry Buchmeyer*

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE